UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAENELL T. CRENSHAW As INDEPENDENT ADMINISTRATOR of the ESTATE OF FLOYD S. CRENSHAW, DECEASED, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) No. 17-cv-02304 ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

**THE PARTIES' JOINT SECOND PROPOSED REVISED SCHEDULE FOR DISCOVERY AND FILING OF PRELIMINARY MOTIONS BY THE DEFENDANT**

The Plaintiff, and the Defendant, by their respective undersigned counsel, jointly submit this proposed revised schedule for the suspension of discovery responses by the Plaintiff and of the Defendant, pending resolution of the below recited motions to be filed by the Defendant within the next six weeks, addressing the following preliminary issues arising from Count I of the Plaintiff's Amended Complaint (FAC) (R.19), including its incorporation into Count II of the FAC.

The Plaintiff and Defendant, subject to approval by this Court, believe that the Defendant's following defenses to Count I of the Plaintiff's Amended Complaint (R.19) (FAC) that the Plaintiff also incorporated into Count II of the FAC should now be resolved prior to the parties' submissions of their Fed.R.Civ.P. 26 Expert Witness disclosures and prior to the parties engaging in prolonged expensive discovery in this

1

case.

The requested defenses to now be presented to and decided by this Court at this stage of the litigation include:

(1) The statutes of limitation and statutes of repose (to the extent the issue is ripe for adjudication) and to the extent that they either extinguish or limit the Plaintiff's causes of action against the Defendant recited in Count I of the FAC that are reasserted as part of Count II of the same.

(2) Whether the allegations and alleged cause(s) of action recited in ¶¶37g–37k and the requested prayer for relief arising from same in Count I of the Plaintiff's FAC that also are incorporated into Count II of the FAC should be dismissed from the FAC.

(3) Whether the Plaintiff's alleged Survival Claim recited in Count I of the FAC that also is incorporated into Count II of the FAC should be dismissed from the FAC.

The Defendant does not waive, and does reserve, all other issues and defenses to the Plaintiff's FAC not raised in these preliminary defense motions and not raised in the Defendant's preliminary Motion for Summary Judgment on Count II of the FAC (R.28).

The early resolution of these issues at this stage of the litigation may streamline the remainder of the litigation in this major case, and may impact the scope of discovery on these issues, including discovery on the Plaintiff's allegations of medical negligence, now spanning between the years of 2001 and 2015, recited in Count I, and incorporated into Count II, of her FAC against the United States.

The parties further request that after this Court resolves these Motions, that a status conference be conducted with the goal of establishing a revised discovery schedule regarding the then remaining issues in this case.

The parties further believe that without this requested change:

1. The Plaintiff would submit her Rule 26 Reports by the current deadline of November 28, 2018.

2. The Defendant would complete discovery of the Plaintiff's expert witnesses by January 28, 2019, and would submit its expert Rule 26 Reports by March 29, 2019.

3. The Plaintiff would complete discovery of the Defendants' expert witnesses by and discovery would end on May 28, 2019.

4. The Defendant would submit by July 21, 2019, its Motion for Summary Judgment. This motion, in part, would address, for the first time in July 2019, after discovery has been completed, the identical issues that are requested by the parties to now be resolved (a) at this earlier stage of the litigation, (b) prior to the parties engaging in extensive expert and nonexpert discovery in this case, on issues that either may, or may not, be modified by this Court's rulings on these above-recited motions.

This Joint Motion is intended to expedite, and to not delay, discovery and resolution of this case. As demonstrated immediately below, the parties are aggressively proceeding with this litigation.

(1.)   On July 27, 2018, the Plaintiff filed her Amended Complaint (R.17), and on August 13, 2018, the Defendant filed its Answer and Affirmative Defenses (R.19) to same.

(2.)   On August 31, 2018, the Plaintiff submitted to the Defendant the Plaintiff's Request to Admit (R.20), and on September 26, 2018 (R.23), the Defendant submitted its Response to same.

(3.)   On September 4, 2018, the Plaintiff submitted to the Defendant, the Plaintiff's Interrogatories and Request to Produce,(R.21), and on October 17, 2018, the Defendant submitted its Responses (R.24, R.25) to same.

(4.)   On November 8, 2018, the Defendant submitted to the Plaintiff the Defendant's Initial Interrogatories and Request for Production of Documents (R.26, R.27).

(5.)   On November 15, 2018, the Defendant filed its limited Motion for Summary Judgment (R.28) on Count II of the Plaintiff's FAC.

(6.)   On November 15, 2018, the Defendant supplemented its Answers (R.30) to the Plaintiff's Interrogatories, and its Response (R.29) to the Plaintiff's Request to Produce.

Wherefore, the parties jointly request that this Court, on the terms and conditions recited herein, suspend formal discovery in this case, pending this Court's rulings on the above-recited motions to be filed by the Defendant within the next six weeks.

Respectfully submitted by the undersigned respective counsel this 28th day of November, 2018.

s/<u>David C. Steigmann</u>　　　s/ <u>Ronald S. Langacker</u>
David C. Steigmann　　　　　　Ronald S. Langacker
Steigmann Law, P.C.　　　　　　Langacker Law, Ltd.
1807 Woodfield Drive　　　　　　102 East Main Street, Suite 100
Savoy, Illinois 61874　　　　　　Urbana, Illinois 61801
Attorney for the Plaintiff　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　s/<u>David H. Hoff</u>
　　　　　　　　　　　　　　　　DAVID H. HOFF, Bar No. IL 1234072
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　201 S. Vine St., Suite 226
　　　　　　　　　　　　　　　　Urbana, IL 61802
　　　　　　　　　　　　　　　　david.hoff@usdoj.gov
　　　　　　　　　　　　　　　　Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David C. Steigmann
    Attorney for the Plaintiff
    Steigmann Law, P.C.
    1807 Woodfield Drive
    Savoy, Illinois 61874
    217/351-5818
    Fax 217/351-5819

    Ronald S. Langacker
    Attorney for Plaintiff
    Langacker Law, Ltd.
    102 East Main Street
    Suite 100
    Urbana, Illinois 61801
    217/954-1025
    Fax 217/903-5255

                                  s/David H. Hoff
                                  DAVID H. HOFF, Bar No. IL 1234072
                                  Assistant United States Attorney
                                  201 S. Vine Street, Suite 226
                                  Urbana, IL 61802
                                  Phone:   217/373-5875
                                  Fax:   217/373-5891
                                  david.hoff@usdoj.gov